2

H. G. MARTIN v. STATE. (No. 11054.) Court of Criminal Appeals of Texas. June 15, 1927. Appeal from District Court, Panola County; R. T. Brown, Judge. Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for the possession of equipment for the unlawful manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of 2½ years. The record is before this court without statement of facts or bills of exceptions. The indictment appears regular. No fundamental error having been perceived, the judgment is affirmed.

3

Edgar MELTON v. STATE. (No. 11058.) Court of Criminal Appeals of Texas. June 15, 1927. Appeal from District Court, Rains County; Grover Sellers, Judge. H. D. Garrett, of Emory, for appellant. Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for incest; punishment fixed at confinement in the penitentiary for a period of two years. Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.

4

E. MULLEN v. STATE. (No. 10983.) Court of Criminal Appeals of Texas, June 8, 1927. Appeal from Jefferson County Court at Law; C. N. Ellis, Judge. O'Fiel, Reagan & Bradfield, of Beaumont, for appellant. Sam. D. Stinson, State' Atty., and Robt. M. Lyles., Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for malicious mischief under the provisions of article 1350 of the Penal Code; the punishment being a fine of $1. No bills of exception nor statement of facts appear in the record. Nothing is presented to the court for review, and the judgment is affirmed.

5

John PARKER v. STATE. (No. 11068.) Court of Criminal Appeals of Texas. June 15, 1927. Appeal from District Court, Hardeman County; Robert Cole, Judge. W. T. Perkins, of Quanah, for appellant. Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for passing a forged instrument; the punishment being two years in the penitentiary. Appellant has filed in this court his affidavit advising that he desires no longer to prosecute his appeal. In compliance with his request, the appeal is ordered dismissed.

6

Mrs. W. H. PARKER v. STATE. (No. 11036.) Court of Criminal Appeals of Texas. June 8, 1927. Appeal from District Court, Jefferson County; Geo. C. O'Brien, Judge. Tom C. Stephenson, of Beaumont, for appellant. Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for the unlawful sale of intoxicating liquor; punishment being one year in the penitentiary. The indictment is regular. No statement of facts nor bills of exceptions appear in the record. Nothing is presented to this court for review, and the judgment is affirmed.

7

Bill PARTIN v. STATE. (No. 11031.) Court of Criminal Appeals of Texas. June 15, 1927. Appeal from Sabine County Court; R. H. Dent, Judge. E. P. Padgett, of Hemphill, for appellant. Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Conviction of carrying a pistol; punishment, a fine of $100. Appellant was legally charged with unlawfully carrying on and about his person a pistol. The record contains no statement of facts. There is but one bill of exceptions, attempting to set up the fact that the jury was summoned by the sheriff, who was an interested party. Believing same manifests no error, the judgment will be affirmed.